1  Ronald P. Oines (State Bar No. 145016)
   roines@rutan.com
2  Sarah Van Buiten (State Bar No. 324665)
   svanbuiten@rutan.com
3  Cameron Patel (State Bar No. 353504)
   cpatel@rutan.com
4  RUTAN & TUCKER, LLP
   18575 Jamboree Road, 9th Floor
5  Irvine, CA  92612
   Telephone:   714-641-5100
6  Facsimile:    714-546-9035

7  Attorneys for Plaintiff
   Alignment Healthcare USA, LLC
8

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| Alignment Healthcare USA, LLC, a Delaware limited liability company,<br><br>                 Plaintiff,<br><br>         vs.<br><br>MindHYVE.ai, Inc., a Nevada corporation; and DOES 1-10, inclusive,<br><br>                 Defendants. | Case No. 8:25-cv-01354 MRA (DFMx)<br><br>Judge:  Hon. Monica Ramirez Almadani<br>Crtrm:  9B<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE (FRCP 41)** |

     This Stipulation is entered into by and between Plaintiff Alignment Healthcare USA, LLC ("Plaintiff") and Defendant MindHYVE.ai, Inc. ("Defendant"; with Plaintiff, the "Parties").  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to dismiss this entire action with prejudice, with each side to bear its own costs and attorneys' fees.

     IT IS SO STIPULATED

| | | |
|---|---|---|
| 1 | Dated: February 6, 2026 | RUTAN & TUCKER, LLP<br>RONALD P. OINES<br>SARAH VAN BUITEN<br>CAMERON PATEL |
| | | By: ___*/s/ Ronald P. Oines*___<br>Ronald P. Oines<br>Attorneys for Plaintiff<br>Alignment Healthcare USA, LLC |
| | Dated: February 6, 2026 | KNAPP, PETERSEN & CLARKE<br>MITCHELL B. LUDWIG |
| | | By: ___*/s/ Mitchell B. Ludwig*___<br>Mitchell B. Ludwig<br>Attorneys for Defendant<br>MindHYVE.ai, Inc. |

## **ATTESTATION**

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I, Ronald P. Oines, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| | Dated: February 6, 2026 | RUTAN & TUCKER, LLP<br>RONALD P. OINES<br>SARAH VAN BUITEN<br>CAMERON PATEL |
| | | By: ___*/s/ Ronald P. Oines*___<br>Ronald P. Oines<br>Attorneys for Plaintiff<br>Alignment Healthcare USA, LLC |